UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CURTIS L. WALKER, | ) | Chapter 13 |
| d/b/a EXPRESS CONTRACTING, | ) | |
| | ) | |
| Debtor-in-Possession, | ) | Case No. 16-80160 |

## MOTION TO ACQUIRE ASSETS

NOW COMES Curtis L. Walker d/b/a Express Contracting, Chapter 13 Debtor-in-Possession, by his attorneys, Katz Nowinski P.C., and for his Motion to Acquire, states:

1. Curtis L. Walker d/b/a Express Contracting (a sole proprietorship) filed a petition under Title 11, Chapter 13, on February 9, 2016.

2. Curtis L. Walker d/b/a Express Contracting is in the business of providing various road construction services, labor and materials as a subcontractor around the state of Illinois.

3. As such, machinery and equipment easily breaks down, is repaired and, at times, replaced.

4. At present, Curtis L. Walker d/b/a Express Contracting needs to purchase a 1999 Ford F350 161 box truck for $2,000.00 cash. The truck will be used to carry a machine that blows the insulation, the generator, hoses, insulation, all needed tools and equipment for an insulation job.

WHEREFORE, Curtis L. Walker d/b/a Express Contracting requests that this Court enter an order allowing such purchase and for such further relief as the Court may deem just and proper.

                                          Curtis L. Walker d/b/a Express Contracting,
                                          Debtor-in-Possession,

                                          By: _____
                                                Dale G. Haake (03124381)
                                                Katz | Nowinski P.C.
                                                1000 36th Avenue
                                                Moline, IL 61265
                                                Phone: 309-797-3000
                                                Email: dhaake@katzlawfirm.com

S:\DGH\PLEAD\19540-1.Walker.Mtn.Acquire.Assets.docx

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed on February 25, 2016, a true and correct copy of the **Motion to Acquire Assets** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Notice will be electronically mailed to:**

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Marsha L Combs-Skinner
Trusteecs@Danville13.com, marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,

Dale G Haake on behalf of Debtor Curtis L. Walker
dhaake@katzlawfirm.com, jotten@katzlawfirm.com;jcook@katzlawfirm.com

**Courtesy copy to:**

Curtis L. Walker d/b/a Express Contracting

/s/ Dale G. Haake
Dale G. Haake (03124381)
Katz | Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
Phone: 309-797-3000
Email: dhaake@katzlawfirm.com